BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
            clozano@unioncounsel.net
            tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER BUILDERS INC., a California Corporation,<br><br>Defendant. | No. 4:16-cv-04925-DMR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*.  Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or responsive pleading in this matter.

//

//

A Case Management Conference has been scheduled for November 30, 2016 at 1:30 p.m. With this Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: October 27, 2016

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Concepción E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiffs

### [PROPOSED] ORDER

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Case Management Conference set for November 30, 2016 is hereby vacated.

Dated: 10/31/16

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States District Court Judge

141655\888095

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CMC; [PROPOSED] ORDER
CASE NO. 4:16-CV-04925-DMR